**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00298-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

VIRGINIA SELLARS,

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

      This matter is before the Court upon appearance by counsel.  It is hereby

      ORDERED that a hearing regarding violation of supervised release for Defendant Virginia Sellars is scheduled for **December 3, 2009 at 1:30 p.m.**, in Courtroom A602 of the Arraj Courthouse.

      DATED:  November 4, 2009